## HOFFMAN FUEL COMPANY OF DANBURY *v.* MICHAEL J. ELLIOTT ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 68 Conn. App. 272 (AC 21487), is denied.

*Daniel Shepro*, in support of the petition.

*Glenn A. Duhl* and *George J. Kelly, Jr.*, in opposition.

Decided April 19, 2002

## DAVID L. JOYCE *v.* COMMISSIONER OF CORRECTION

The petitioner David L. Joyce's petition for certification for appeal from the Appellate Court, 68 Conn. App. 903 (AC 21817), is denied.

*Richard L. Grant*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided April 19, 2002